JASON M. FRIERSON
United States Attorney
District of Nevada

DANIEL P. TALBERT, SBN OH 0084088
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4860
Facsimile: (415) 744-0134
E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH LaMANNA, | Case No.: 2:22-cv-01721-NJK |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (***FIRST REQUEST***) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant, the Acting Commissioner of Social Security (the "Commissioner"), through the undersigned counsel, hereby requests an extension of time to file her Cross-Motion to Affirm and Response to Plaintiff's Motion for Reversal and/or Remand in this case. In support of this request, the Commissioner respectfully states as follows:

The Commissioner's response is currently due February 17, 2023. The undersigned does not anticipate being able to respond by this date because he is currently looking into the possibility of settling this case, which requires further communication within his office, with his client, and with opposing counsel should such an option appear possible. If settlement is not possible, then full briefing will be necessary, which will require additional time.

  The undersigned has not been able to complete these tasks as of this date based on his workload. More specifically, the undersigned received reassignment of this case on February 8, 2023. Since that time, the undersigned has been responsible for drafting and filing a cross-motion for summary judgment for a case in a different district (Northern District of California) and a responsive brief for a case in another district (Western District of Washington). The undersigned has also reviewed an answering brief in the United States Court of Appeals for the Ninth Circuit drafted by another attorney in the same office and has started work on three additional answering briefs for cases of his own in the Ninth Circuit. This week, two additional opening briefs have been filed in two of the undersigned's cases in the Ninth Circuit, increasing his Ninth Circuit caseload to six answering briefs due over the next month. Finally, the undersigned is in the process of selling his home and purchasing a new home; moving and related responsibilities have required the undersigned to take two full days of leave since receiving reassignment of this case on February 8, 2023.

  For all these reasons, the undersigned submits that good cause exists to extend the deadline for the Commissioner's response. Counsel for Plaintiff stated by electronic mail that he does not oppose this request.

  WHEREFORE, Defendant requests until March 20, 2023, to respond to Plaintiff's Motion for Reversal and/or Remand.

Dated: February 17, 2023    Respectfully submitted,

               JASON M. FRIERSON
               United States Attorney

               */s/ Daniel P. Talbert*
               DANIEL P. TALBERT
               Special Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

               _____
               UNITED STATES MAGISTRATE JUDGE

               Dated: February 21, 2023